DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND RIVAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1863

[March 28, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case Nos. 87-12914CF10A, 87-14144CF10A and 88-7075CF10A.

Raymond Rivas, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\*             \*             \*

***Not final until disposition of timely filed motion for rehearing.***